IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ALEIDA LIZ DE DOMINGUEZ** <br><br> Plaintiff, <br> v. <br><br> **HYTROL CONVEYOR COMPANY, INC.**, *et al.* <br><br> Defendants. | CIVIL ACTION <br><br> No.  1:23-cv-20092-KMW-SAK |

## STIPULATION OF COUNSEL

1. After initiating this federal court action, Plaintiff, for the first time, became aware of a new potential defendant, Pioneer Associates & Erectors, Inc. Based on Plaintiff's research, Pioneer Associates & Erectors, Inc. is a citizen of New Jersey. Accordingly, were Pioneer added to the pending federal court action, then diversity would be destroyed.

2. To avoid litigating two parallels actions (state and federal court), the parties agree and stipulate to the following:

    i.  Defendants Bastian Solutions, Hytrol Company, Inc. and B & H Foto & Electronics Corp. agree to waive the statute of limitations as a defense in the to-be-filed state court action for any and all claims that were alleged in the federal court action; and,

    ii. Plaintiff agrees to voluntarily dismiss the federal court action, without prejudice.

3. This Stipulation may be signed in counterparts.

**[CONTINUED TO NEXT PAGE]**

| | |
|---|---|
| **KLINE & SPECTER, PC** | **LAVIN, CEDRONE, GROVER, BOYD & DISIPIO** |
| BY: _____ <br> BRADEN R. LEPISTO, ESQUIRE <br> *Attorney for Plaintiff* | BY: /s/ *Howard W. Donahue, Jr.* <br> HOWARD DONAHUE JR., ESQUIRE <br> *Attorney for Defendant Bastian Solutions* |
| **LAW OFFICES OF JAMES H. ROHLFING** | **DENGLER & LIPSKI** |
| BY: /s/ *D. Scott Conchar* <br> D. SCOTT CONCHAR, ESQUIRE (DC9259) <br> *Attorney for Defendant Hytrol Company, Inc.* | BY: _____ <br> James J. Law, ESQUIRE <br> *Attorney for Defendant B & H Foto & Electronics Corp.* |

Date: March 7, 2024

## **CERTIFICATE OF SERVICE**

      I, Braden R. Lepisto, Esquire, hereby certify that a true and correct copy of the Stipulation of Counsel, was hereby served on the below-referenced date, via electronic mail, upon the following:

Scott Conchar, Esquire
Law Office of James H. Rohlfing
45 South Street, Suite 200
Morristown, NJ 07960
***Attorney for Defendant***
***Hytrol Conveyor Company Inc***

James J. Law, Esquire
Dengler & Lipski
303 Lippincott Drive, Suite 310
Marlton, NJ 08053
***Attorneys for Defendant***
***B & H Foto & Electronics Corp.***

Howard Donahue Jr., Esquire
Lavin, Cedrone, Grover, Boyd & Disipio
1300 Route 73, Suite 307
Mount Laurel, NJ 08054
***Attorney for Defendant***
***Bastian Solutions***

BY: _____
BRADEN R. LEPISTO, ESQUIRE
BRADEN.LEPISTO@KLINESPECTER.COM
Attorney I.D. No.: 043102018
855 Haddon Avenue
Collingswood, NJ 08108
Telephone: (856) 662-1180
*Attorney for Plaintiff*

Date: March 7, 2024