IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ALEIDA LIZ DE DOMINGUEZ**<br><br>    Plaintiff,<br>v.<br><br>**HYTROL CONVEYOR COMPANY, INC.,** *et al.*<br><br>    Defendants. | **CIVIL ACTION**<br><br>No. 1:23-cv-20092-KMW-SAK |

## STIPULATION OF COUNSEL

1.  After initiating this federal court action, Plaintiff, for the first time, became aware of a new potential defendant, Pioneer Associates & Erectors, Inc. Based on Plaintiff's research, Pioneer Associates & Erectors, Inc. is a citizen of New Jersey. Accordingly, were Pioneer added to the pending federal court action, then diversity would be destroyed.

2.  To avoid litigating two parallels actions (state and federal court), the parties agree and stipulate to the following:

    i.  Defendants Bastian Solutions, Hytrol Company, Inc. and B & H Foto & Electronics Corp. agree to waive the statute of limitations as a defense in the to-be-filed state court action for any and all claims that were alleged in the federal court action; and,

    ii. Plaintiff agrees to voluntarily dismiss the federal court action, without prejudice.

3.  This Stipulation may be signed in counterparts.

[CONTINUED TO NEXT PAGE]

**KLINE & SPECTER, PC**

BY: _____
BRADEN R. LEPISTO, ESQUIRE
*Attorney for Plaintiff*

**LAVIN, CEDRONE, GROVER, BOYD & DISIPIO**

BY: /s/ *Howard W. Donahue, Jr.*
HOWARD DONAHUE JR., ESQUIRE
*Attorney for Defendant Bastian Solutions*

**LAW OFFICES OF JAMES H. ROHLFING**

BY: /s/ *D. Scott Conchar*
D. SCOTT CONCHAR, ESQUIRE (DC9259)
*Attorney for Defendant Hytrol Company, Inc.*

**DENGLER & LIPSKI**

BY: _____
James J. Law, ESQUIRE
*Attorney for Defendant B & H Foto & Electronics Corp.*

Date: March 7, 2024

So Ordered this 8th day of March, 2024

_____
KAREN M. WILLIAMS
US District Judge

2